IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID COMBS, | ) No. C 06-0186 MMC (PR) |
| Petitioner, | ) **ORDER DIRECTING RESPONDENT** |
| v. | ) **TO FILE REPLY BRIEF** |
| TOM L. CAREY, | ) |
| Respondent. | ) |

Petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 1, 2007, respondent filed a motion to dismiss, and on May 7, 2007, petitioner filed an opposition. In the Order to Show Cause, filed December 11, 2006, respondent was directed to file a reply within 15 days of the date any opposition was filed. Respondent has not filed a reply. Respondent **shall** file a reply within 15 days of the date this order is filed.

IT IS SO ORDERED.

DATED: June 29, 2007

_____
MAXINE M. CHESNEY
United States District Judge