IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID COMBS,<br><br>           Petitioner,<br><br>  v.<br><br>TOM L. CAREY, Warden,<br><br>           Respondent.<br>_____ | No. C 06-0186 MMC (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME**<br><br>**(Docket No. 24)** |

      Petitioner, a California prisoner proceeding pro se, has filed a request for an extension of time to file a traverse to the answer filed by respondent in this matter on May 19, 2008.

      Good cause appearing, petitioner's request for an extension of time is hereby GRANTED. Petitioner shall file with the Court and serve on respondent a traverse to the answer within **thirty (30)** days of the date this order is filed. The matter shall be deemed submitted as of the date the traverse is due.

      This order terminates Docket No. 24.

      IT IS SO ORDERED.

DATED: July 11, 2008

                                                 MAXINE M. CHESNEY<br>
                                                 United States District Judge